IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEPHEN PAUL OWEN JR.,

Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D15-3678

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed November 3, 2015.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Stephen Paul Owen Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

RAY, OSTERHAUS, and WINOKUR, JJ., CONCUR.